# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TIMOTHY BLIXSETH,<br>1138 Lakeshore Boulevard<br>Incline Village, Nevada  89451<br><br>      Plaintiff,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF<br>JUSTICE,<br><br>**Serve:**<br><br>    Civil Process Clerk<br>    Office of the United States Attorney for the<br>    District of Columbia<br>    555 Fourth Street, NW<br>    Washington, DC  20530,<br><br>    Jeff Sessions<br>    Attorney General of the United States<br>    950 Pennsylvania Ave., NW<br>    Washington, DC  20530-0001<br><br>    United States Department of Justice<br>    950 Pennsylvania Ave., NW<br>    Washington, DC  20530-0001<br><br>      Defendant. | Civil Action No. _____ |

## COMPLAINT FOR INJUNCTIVE RELIEF
(Freedom of Information Act)

For his complaint against the United States Department of Justice ("DoJ"), Plaintiff alleges as follows:

1. This is an action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, to enjoin DoJ from improperly withholding agency records and to order the production of all improperly withheld agency records.

2. The records relate to certain emails to and from Albert B. Stieglitz, Jr., a former Assistant Chief in the Fraud Section of the United States Department of Justice's Criminal Division.

3. The records are responsive to Plaintiff's FOIA Request submitted to DoJ via email and first class mail on August 13, 2018, and received by the agency on August 14, 2018.

4. DOJ has failed to produce responsive records.

## Parties

5. Plaintiff is an individual with residence in Nevada.

6. DoJ is an agency of the United States of America under 5 U.S.C. § 552(f)(1) and 5 U.S.C. § 551(1).

## Jurisdiction and Venue

7. This Court has jurisdiction over this claim pursuant to 28 U.S.C. § 1331 and 5 U.S.C. § 552(a)(4)(B).

8. Venue is proper pursuant to 5 U.S.C. § 552(a)(4)(B).

## Background

9. On August 13, 2018, Plaintiff submitted his FOIA request to DoJ via email and first class mail.

10. This FOIA request ("the Request") seeks records regarding certain emails sent to or received from Albert B. Stieglitz, Jr.'s email accounts, including emails specifying certain topics. A true and correct copy of the Request is attached as Exhibit 1.

11. In a letter dated September 11, 2018, DoJ acknowledged receipt of the Request, stating that it received the Request on August 14, 2018, and identified the Request as Request

No. CRM-300678620.  A true and correct copy of the September 11, 2018 response is attached as Exhibit 2.

12. In its September 11, 2018 letter, DoJ requested a completed client verification as to portions of the request, requested that Plaintiff narrow the scope of the request as to other portions, by for example, providing full phrases for acronyms, and noted that it would not comment on the existence of records as to other portions of the request.  *See id.*  The agency's letter did not provide Plaintiff with any appeal rights, and thus it was not an appealable response.  *See id.*

13. On September 24, 2018, Plaintiff sent to DOJ via email and first class mail a response to the agency's September 11, 2018 letter.  A true and correct copy of the September 24, 2018 response is attached as Exhibit 3.

14. In his September 24, 2018 response, Plaintiff attached the requested client verification, narrowed the request by including full phrases for acronyms as requested, and noted that the request was detailed and very similar in scope to other requests currently being processed by the agency.  *See id.*  Plaintiff also addressed DoJ's apparent *Glomar* statements.  *See id.*

15. Plaintiff's response was sent via email on September 24, 2018 at 8:56 pm EDT, and thus received by the agency on September 25, 2018.  As such, on September 25, 2018, any tolling of the Request from September 11, 2018 was no longer permitted.  *See* 5 U.S.C. § 552(a)(6)(A)(ii)(I) (tolling only once while awaiting response from requester).

16. Plaintiff is filing this suit after allowing 22 working days to pass without any agency determination, excluding any days that could be considered tolled by the agency's request for and receipt of information.

17.     Accordingly, DoJ has not made a determination on the Request within the time limits prescribed by FOIA, 5 U.S.C. § 552(a)(6)(A)(i).  *See also* 5 U.S.C. § 552(a)(6)(A)(ii)(I).

## COUNT I - FAILURE TO COMPLY WITH FOIA

18.     Plaintiff incorporates each of the foregoing paragraphs of this Complaint.

19.     Pursuant to FOIA, 5 U.S.C. § 552(a), Plaintiff has a statutory right to access the requested agency records.

20.     DoJ, by and through its component agencies, has failed to comply with the time limits prescribed by FOIA, 5 U.S.C. § 552(a)(6)(A)(i).

21.     DoJ, by and through its component agencies, has improperly withheld agency records responsive to Plaintiff's FOIA Request.

### Prayer for Relief

WHEREFORE, Plaintiff respectfully requests that this Court enter a judgment for Plaintiff and award the following relief:

a.  Enjoin DoJ from withholding the requested records and order DoJ to produce those records to Plaintiff in accordance with FOIA, 5 U.S.C. § 552;

b.  Expedite the proceedings in this action;

c.  Award Plaintiff his costs and attorney's fees reasonably incurred in this action, pursuant to 5 U.S.C. § 552(a)(4)(E); and

d.  Award Plaintiff such other and further relief as the Court may deem just and proper.

Respectfully submitted,

October 1, 2018

/s/ Lisa Norrett Himes
Lisa Norrett Himes (DC Bar No. 464089)
Rogers Joseph O'Donnell, PC
875 15th Street, NW, Suite 725
Washington, DC  20005
Tel:  (202) 777-8950
Fax:  (202) 347-8429

*Attorney for Plaintiff*